AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROGER AND CONNIE NELSON,

           Plaintiffs,

           v.

RECONSTRUCT COMPANY, NA and BAC HOME LOAN SERVICING, LP, AND JOHN DOES 1-20,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0229-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered with prejudice in favor of the defendants on all federal claims pursuant to the Order Dismissing Federal Claims and Remanding State Law Claims to Chelan County Superior Court entered on October 26, 2010, Ct. Rec. 21.

October 28, 2010                                          JAMES R. LARSEN
*Date*                                                                *Clerk*

                                                                                               s/ Cora Vargas
                                                                                               *(By) Deputy Clerk*
                                                                                               Cora Vargas